UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00522-MOC-DSC

| | | |
|---|---|---|
| **LARRY DAVIS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **WEISER SECURITY SERVICES, INC** | ) | |
| **NORTH CAROLINA NATIONAL GUARD** | ) | |
| **JERRY BOWMAN** | ) | |
| **RANDY POWELL** | ) | |
| **GUY MADERES** | ) | |
| **JAMES ROSES,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on periodic review. Review of the pleadings reveals that on October 1, 2013, the Honorable David S. Cayer, United States Magistrate Judge, granted plaintiff's Motion to Proceed *in Forma Pauperis* (#2) and entered an Order (#3) directing the United States Marshal to serve process. Unfortunately, it appears from a docket note that the Clerk of Court inadvertently sent plaintiff the service package along with instructions for serving the Complaint and the summonses, rather than the Marshal. The 120 period for service of the Complaint has run. Fed.R.Civ.P 4(c)(1) & (m).

The Clerk of Court will be instructed to recreate and resubmit the service package to the United States Marshal for service in accordance with the earlier Order (#3) of Judge Cayer.

-1-

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court recreate and resubmit the service package to the United States Marshal for service in accordance with Judge Cayer's Order (#3).

Signed: September 30, 2015

Max O. Cogburn Jr
United States District Judge