# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO: 3:13-CV-522-MOC-DSC

| | |
|---|---|
| LARRY DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WEISER SECURITY SERVICES, INC., et. al., | ) |
| | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court <u>sua sponte</u> after the filing of "Defendant Weiser Security Services, Inc.'s Motion to Dismiss Plaintiff's Complaint" (document #11).

In accordance with <u>Roseboro v. Garrison</u>, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding <u>pro se</u>, that he has a right to respond to Defendant's Motion. The Court also advises Plaintiff that failure to respond may result in Defendant being granted the relief it seeks, that is, the **DISMISSAL OF THE COMPLAINT WITH PREJUDICE**.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff is allowed until December 1, 2015 to respond to Defendant's Motion to Dismiss (document #11).

2. The Clerk is directed to send copies of this Order to the <u>pro se</u> Plaintiff; to defense counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: October 27, 2015

David S. Cayer
United States Magistrate Judge