# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Larry Davis, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00522-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Weiser Security Services, Inc | ) | |
| North Carolina National Guard | | |
| Jerry Bowman | | |
| Randy Powell | | |
| Guy Maderes | | |
| James Roses, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 1, 2016 Order.

March 2, 2016

_____
Frank G. Johns, Clerk
United States District Court